

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Roderick Undrea Williams, Appellant

No. 06-14-00028-CR     v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1323472). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the personal letter of the appellant requesting dismissal of his appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Roderick Undrea Williams, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED September 3, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk